UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JOSE MANUEL DIAZ,<br><br>    Plaintiff<br><br>v.<br><br>STATE OF NEVADA,<br><br>    Defendant | Case No. 2:23-cv-00791-APG-DJA<br><br>**Order Dismissing Petition<br>Without Prejudice**<br><br>[ECF No. 1-1] |

*Pro se* Petitioner Jose Manuel Diaz filed a Petition for Writ of Habeas Corpus. ECF No. 1-1 ("Petition"). Diaz did not properly commence this habeas action by either paying the standard $5.00 filing fee or filing an application for leave to proceed *in forma pauperis* ("IFP"). Further, Diaz filed his Petition on a state-court postconviction form rather than the appropriate 28 U.S.C. § 2254 form. On May 23, 2023, I gave Diaz until July 7, 2023, to (1) either pay the $5 filing fee or submit a complete IFP application with all required documentation and (2) file an amended petition on the appropriate form. ECF No. 3. Diaz was warned that "failure to timely comply . . . will result in the dismissal of this action without prejudice and without further advance notice." *Id*. at 2. The July 7, 2023, deadline has expired, and Diaz has not filed an IFP application, paid the $5 filing fee, filed an amended petition, requested an extension of time, or taken any other action to prosecute this case.

I THEREFORE ORDER that this action is **dismissed without prejudice** based on Petitioner Jose Manuel Diaz's failure to comply with my May 23, 2023, order [ECF No. 3]. A certificate of appealability is denied, as jurists of reason would not find dismissal of the petition for the reasons stated herein to be debatable or wrong.

I FURTHER ORDER that the Clerk of Court (1) file the petition (ECF No. 1-1), (2) add Nevada Attorney General Aaron D. Ford as counsel for Respondents,[1] (3) informally serve the Nevada Attorney General with the petition (ECF No. 1-1), this order, and all other filings in this matter by sending a notice of electronic filing to the Nevada Attorney General's office, (4) enter final judgment, and (5) close this case.

DATED this 17th day of July, 2023.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE

---

[1] No response is required from Respondents other than to respond to any orders of a reviewing court.